BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                                                                                    :
IN RE: BUILDING PRODUCTS OF CANADA                      :
CORP. PRODUCTS LIABILITY LITIGATION              MDL DOCKET NO: ____

_____:

**PLAINTIFF KATHRYN BOWRY'S MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. §1407 and Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff in the action *Kathryn Bowry, on her behalf and on behalf of all others similarly situated v. Building Products of Canada Corp. and Emco Limited*, Case No. 1:11-cv-12189, filed in the District of Massachusetts, respectfully moves this Honorable Panel for an Order transferring the currently filed cases identified in the included Schedule of Actions, as well as any cases subsequently filed involving similar facts or claims ("tag-along cases") to the United States District Court for the District of Massachusetts, and to consolidate and coordinate all cases for pretrial proceedings before the Honorable Judge William G. Young, United States District Judge, District of Massachusetts. Currently, two cases are pending in this jurisdiction before the Honorable Judge Young.[1]

Transfer for pre-trial consolidation and coordination is appropriate and necessary for the

---

[1] *Kathryn Bowry, et al. v. Building Products of Canada Corp. and Emco Limited*, No. 1:11-cv-12189, U.S.D.C., District of Massachusetts (Boston); *Howard Churwin, et al. v. Building Products of Canada Corp.*, No. 1:12-cv-10075, U.S.D.C., District of Massachusetts (Boston), filed as a related case to *Bowry*.

following reasons:

1. This Action is a class action alleging numerous causes of action relating to defective shingles manufactured, marketed, advertised, warranted, and/or sold by Defendant Building Products of Canada Corp. ("BP").

2. There are currently four actions pending in three federal judicial district courts that assert similar claims (See annexed Schedule of Actions). To date, cases have been filed in the District of Massachusetts, Northern District of New York, and District of Connecticut.

3. Each of these Actions arise out of the same or similar nucleus of operative facts, and all arise out of the same or similar alleged wrongful conduct.

4. Each of these Actions will involve the resolution of the same or similar questions of fact and law, as they all arise from Defendant's same and similar wrongful conduct.

5. Discovery conducted in each of these Actions will be substantially similar and will involve the same documents and witnesses, since each action arises from the same or similar nucleus of operative facts.

6. No discovery has commenced in any of the filed actions. Therefore, no prejudice or inconvenience will result from the transfer, coordination and consolidation of the related Actions to the District of Massachusetts.

For the reasons stated above, as well as in more detail in the accompanying Memorandum in Support, the transfer, coordination and consolidation of the Actions to the District of Massachusetts will promote the just and efficient administration of these Actions. Therefore, Plaintiff-Movant respectfully requests that the actions noted on the annexed Schedule

of Actions be transferred to the United States District Court for the District of Massachusetts for consolidation and coordinated proceedings before the Honorable Judge William G. Young.

Dated: January 13, 2012                                   Respectfully submitted,

                                                            By: /s/ Gary E. Mason
Gary E. Mason
DC Bar No. 418036
Donna F. Solen
D.C. Bar No. 465098
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., N.W., Suite 605
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
E-mail: gmason@masonlawdc.com
       dsolen@masonlawdc.com

Thomas G. Shapiro (BBO #454680)
Ian J. McLoughlin (BBO # 647203)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone:(617) 439-3939
Facsimile: (617) 439-0134
E-mail: tshapiro@shulaw.com
       imcloughlin@shulaw.com

James T. Capretz
California Bar No. 44442
Don K. Ledgard
California Bar No. 208350
CAPRETZ & ASSOCIATES
5000 Birch Street, Suite 2500
Newport Beach, CA 92660
Telephone: (949) 724-3000
Facsimile: (949) 209-2090
E-mail: jcapretz@capretz.com
       dledgard@capretz.com

Jordan L. Chaikin
Florida Bar No. 0878421
PARKER WAICHMAN ALONSO LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134

Telephone: (239) 390-1000
Facsimile: (239) 390-0055
E-mail: jchaikin@yourlawyer.com

Daniel K. Bryson
N.C. State Bar No. 15781
Scott C. Harris
N.C. State Bar No. 35328
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St.
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

*Counsel for Plaintiff and the Members of the Class*